UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne Pearce, M.D.,

Plaintiff,

v.

Connecticut General Life Insurance Co.,

Defendant.

Civil File No. 00-795 (DSD/JMM)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

**STIPULATION**

WHEREAS this matter was commenced by service on Defendant shortly after March 1, 2000; and

WHEREAS Defendant removed this matter to this Court on March 31, 2000; and

WHEREAS Defendant is granted 5 days from the time of removal to answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12; and

WHEREAS the time to respond set forth in the Federal Rules of Civil Procedure may be modified by stipulation and/or order; and

WHEREAS the parties, through their counsel, have agreed to extend the time within which Defendant is required to respond or otherwise plead until April 21, 2000,

**IT IS HEREBY STIPULATED AND AGREED** that Defendant Connecticut General Life Insurance Company shall have and is hereby granted an extension to answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 until April 21, 2000.

////

FILED APR 06 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

**STAPLETON, NOLAN & HYNES P.A.**

By ______________________
Mark M. Nolan ( 79418)
Attorneys for Plaintiff Suzanne Pearce, M.D.
2300 Firstar Center
101 East Fifth Street
Saint Paul, MN 55101
(651) 227-6661

DATED: April 4, 2000

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By ______________________
Brian A. Wood (141690)
Marc A. Al (247923)
Attorneys for Defendant Connecticut General Life Insurance Company
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7970 / (612) 340-8947

DATED: April 6, 2000

**ORDER**

Based upon the above stipulation, the files, records, and proceedings herein, and Fed. R. Civ. P. 81, **IT IS HEREBY ORDERED** that:

Defendant Connecticut General Life Insurance Company shall answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 by April 21, 2000.

DATED: April 6, 2000

______________________
Hon. David S. Doty
Judge of District Court