UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
AUG 14 2000
CLERK US DIST COURT
MINNEAPOLIS MN

Suzanne Pearce, M.D.,

Plaintiff,

vs.

Connecticut General Life Insurance Co.,

Defendant.

Court File No. 00-795 (DSD/JMM)

**STIPULATION FOR EXTENSION OF DEADLINES FOR IME AND DISCOVERY AND ORDER FOR IME**

Pursuant to Local Rule 16.3, the parties present to this Court the following Stipulation and request for an Order extending the deadlines in the Pretrial Scheduling Order dated May 9, 2000.

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their respective undersigned attorneys, that:

1. Plaintiff has commenced the above-entitled lawsuit for disability benefits and has put her physical and mental condition into issue, thereby waiving her medical privilege; and

2. That good cause exists for the Court to enter an Order that plaintiff Susanne Pearce shall make herself available for and attend an examination by Dr. Thomas Gratzer, the doctor selected by defendant Connecticut General Life Insurance Company at Dr. Gratzer's office located at 6800 France Avenue South, Suite 400, Edina, Minnesota. Dr. Gratzer will conduct an examination by reviewing with plaintiff her medical history, issues regarding her ability to work, other physical examination as necessary, and an MMPI inventory.

3. That the plaintiff stipulates that an IME is appropriate in this case, agrees to attend an independent medical examination ("IME"), but was unable to appear for the IME that was scheduled for August 14, 2000, because of scheduling issues with her medical practice.

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. That in order to accommodate plaintiff's need to travel to Minneapolis from Duluth and have someone cover for her absence from her medical practice, defendant is willing to schedule the IME and plaintiff's deposition such that plaintiff is only required to make one trip.

5. That in order to accomplish the foregoing, the parties believe it is necessary to extend the IME and discovery deadlines in this matter until November 1, 2000. Currently, the IME deadline is September 1, 2000, and the discovery deadline is October 1, 2000.

6. In addition, the parties wish to correct the caption in this matter to accurately depict plaintiff's name as Susanne Pearce, M.D. and therefore, stipulate that the caption be changed to *Susanne Pearce, M.D. v. Connecticut General Life Insurance Co.*

STAPELTON, NOLAN, PERSIAN,
MACGREGOR, THOMPSON & HYNES, P.A.

By ______________________
Mark M. Nolan (79418)
Attorney for Plaintiff Susanne Pearce, M.D.
2300 Firststar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 227-6661

RIDER, BENNETT, EGAN & ARUNDEL, LLP.

By ______________________
Brian A. Wood (141690)
Doreen A. Mohs (249968)
Attorneys for Defendant Connecticut General Life Insurance Company
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970/8979

DATED: 8-7, 2000

**ORDER**

Based upon the foregoing Stipulation and for good cause shown, IT IS HEREBY ORDERED that the prior Scheduling Order dated May 9, 2000, is hereby amended in the following respects:

1. Plaintiff is required to attend an examination with Dr. Gratzer at the time the defendant arrange with considerations to plaintiff's schedule but within the timeline noted below.

2. The deadline for the IME and to complete discovery shall be November 1, 2000.

3. The case caption shall be changed to *Susanne Pearce, M.D. v. Connecticut General Life Insurance Company.*

BY THE COURT:

DATED: 8/14/[illegible]

John M. Mason
United States Magistrate Judge