UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne Pearce, M.D., Court File No. 00-795 (DSD/JMM)

Plaintiff,

vs.

Connecticut General Life Insurance Co.,

Defendant.

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL WITH PREJUDICE

The above-entitled action, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

STAPLETON, NOLAN, PERSIAN,
MACGREGOR, THOMPSON & HYNES

By________________________
Mark M. Nolan (#79418)
Attorney for Plaintiff
Firstar Center
101 East Fifth Street
St. Paul, Minnesota 55101
(651) 227-6661

DATED: 11/30, 2001. 2001

FILED 12-6-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-6-01
DEPUTY CLERK________

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Brian A. Wood (141690)
Doreen A. Mohs (249968)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970/8979

Dated: 12-3, 2001.

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without cost to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

______________________________
Judge of District Court

Dated: Dec. 6, 2001.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500